UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (VIA ZOOM)

| | | | |
|---|---|---|---|
| DEFT: | WILLIAM REID (J)# | CASE NO: | 21-6188-STRAUSS |
| AUSA: | ROBERT JUMAN (D. ZACCA DUTY AUSA) | ATTY: | WILLIAM MOORE |
| USPO: | | VIOL: | 18:U.S.C. § 1752 |
| PROCEEDING: | INITIAL APPEARANCE FROM DISTRICT OF COLUMBIA | RECOMMENDED BOND: | |

BOND/PTD HEARING HELD - yes / no     COUNSEL APPOINTED:

BOND SET @:                          To be cosigned by:

☐ All standard conditions
☐ Do not encumber property.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Electronic Monitoring:
☐ Travel extended to:
☐ Other:

Handwritten notes:
- D- Appearing by Video Conf. Consents to Appear by Video.
- Advised of Charges.
- (Charges Pending in State Court)
- (Motion for Bond Revocation Pending in State Court)
- Court- Ordered Temporary Detained, up through April 7, 2021 (State Court Hearings First)
- Gov't Will Notify The Court.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL:

PTD/BOND HEARING:

**ARRAIGN** OR REMOVAL:

**PRELIM/EXAM HRG**

| 4/2/21 | TIME: 11:00 AM | FTL/TAPE/# JMS- | {25 MINS} Begin | DAR: |

[] *** RECORDED BY ZOOM 310 JUDGE HUNT'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 12:11:03 - 12:36:24

8